No. 4894.—HERNÁNDEZ MENA, apldo. v. OCASIO GONZÁLEZ, apte.—C. D. San Juan. ▮▮▮▮▮▮▮ Abril 8, 1929.

POR CUANTO, el apelado ha pedido la desestimación de la

apelación basada en que ésta se estableció en junio 29, 1928, y ha transcurrido un término de 210 días sin que se haya presentado la transcripción de la evidencia ni esté pendiente de aprobación en la corte inferior; y

Por cuanto la parte apelante no ha explicado en forma alguna la tardanza;

Por tanto, se declara con lugar la moción y en su consecuencia se desestima la apelación.